# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODNEY W. RAYBURN**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #165952**

v.　　　　　　　　　　　　**4:21-cv-01020-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered on April 29, 2022, judgment is entered for Defendant.

This case is DISMISSED.

IT IS SO ORDERED this 3rd day of May 2022.

　　　　　　　　　　　　　　　　　　　　　_Billy Roy Wilson_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE